1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____ )
STATE FARM FIRE AND CASUALTY                    )
COMPANY,                                         )
                                                )         Case No. C24-803RSL
                         Plaintiff,             )
            v.                                  )
                                                )         ORDER TO SHOW CAUSE
SHANINE LOFTON, *et al.*,                        )
                                                )
                         Defendants.            )
_____ )

On June 20, 2024, the Court issued an order requiring the parties to file a Joint Status Report by July 19, 2024. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, August 22, 2024, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of June 20, 2024. The Clerk is directed to place this Order to Show Cause on the Court's calendar for August 23, 2024.

DATED this 5th day of August 2024.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE