UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE FARM FIRE AND CASUALTY COMPANY,

     Plaintiff,

  v.

SHANINE LOFTON, et al.,

     Defendants.

No. C24-803RSL

ORDER VACATING ORDER

On June 10, 2024, Judge Barbara J. Rothstein issued a Standing Order for Civil Cases. Dkt. # 4. On June 18, 2024, the above case was reassigned to Judge Robert S. Lasnik.

The Standing Order at Dkt. # 4 is hereby VACATED. Counsel is reminded to familiarize themselves with the Federal rules of Civil Procedure, Local Rules of the Western District of Washington and the District's Electronic Filing Procedures.

DATED this 17th day of October, 2024.

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER